THOMAS FOSTER JACKSON V. STATE.

No. 29,925. June 11, 1958.

*Landis & Gregory,* by *Buddy W. Gregory,* Houston, for appellant.

*Dan Walton,* District Attorney, *Thomas D. White, Edward Michalek,* Assistants District Attorney, Houston, and *Leon Douglas,* State's Attorney, Austin, for the state.

WOODLEY, Judge.

The offense is driving a motor vehicle upon a public highway while intoxicated; the punishment, four days in jail and a fine of $75.

Officer Sims testified for the state, refreshing his memory from a writing he had in his hand.

Appellant's counsel requested that he be permitted to inspect the writing but the trial judge declined his request.

It is well settled that where a witness, while testifying, uses a writing to refresh his recollection, the defendant or his counsel is entitled to inspect the statement for cross-examination purposes. Green v. State, 53 Texas Cr. Rep. 490, 110 S.W. 920; Palacio v. State, 164 Texas Cr. Rep. 460, 301 S.W. 2d 166; McCormick & Ray, Texas Law of Evidence, 2d Ed., p. 449, Sec. 553; 44 Texas Jur., p. 1140, Sec. 144; Branch's Ann. P.C. 2d Ed. 189, Sec. 182.

The judgment is reversed and the cause remanded.